# UNITED STATES DISTRICT COURT

# DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEENA AMMARI, individually, and as heirs and successors in interest to NICHOLAS BROWN, deceased, <br><br> Plaintiff, <br><br> vs. <br><br> SHERIFF-CORONER DON BARNES, individually and as Sheriff of Orange County, ORANGE COUNTY SHERIFF'S DEPARTMENT, ORANGE COUNTY HEALTH CARE AGENCY, COUNTY OF ORANGE, ANAHEIM GLOBAL MEDICAL CENTER; AND DOES 1-20, inclusive, <br><br> Defendants. | CASE NO: 8:24-cv-01392 JVS (AGRx) <br><br> Assigned to: Hon. James V, Selna Courtroom 10C <br><br> **JUDGMENT** |

1

## JUDGMENT

On December 30, 2025, after full consideration of the briefing, evidence, and oral submissions by the parties, the Court granted Defendants Don Barnes, Orange County Sheriff's Department, and Anaheim Global Medical Center's respective Motions for Summary Judgment.  All causes of action against named Defendants Orange County Health Care Agency and County of Orange, and all causes of action against Don Barnes in his official capacity were previously dismissed.  (See, Dkt. 34; see also, Dkt. 94, p. 3).

All causes of action involving Defendants Don Barnes, Orange County Sheriff's Department, and Anaheim Global Medical Center having been adjudicated in favor of these Defendants and against Plaintiff, and good cause appearing therefor,

**IT IS NOW ORDERED, ADJUDGED, AND DECREED** that:

1.      Plaintiff Teena Ammari shall take nothing by way of her operative First Amended Complaint (Dkt. 11) against Defendants Don Barnes Orange County Sheriff's Department, and Anaheim Global Medical Center;

2.      Plaintiff Teena Ammari's entire action against Defendants Don Barnes, Orange County Sheriff's Department, and Anaheim Global Medical Center shall be, and hereby is, dismissed on the merits and with prejudice;

3.      Judgment is hereby entered in favor of Defendants Don Barnes Orange County Sheriff's Department, and Anaheim Global Medical Center, and against Plaintiff Teena Ammari; and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**2**

4.    Defendants Don Barnes, Orange County Sheriff's Department, and Anaheim Global Medical Center shall recover from Plaintiff Teena Ammari costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920 and Local Rule 54.

DATED:  February 27, 2026

By: _____

**HON. JAMES V. SELNA**
United States District Judge